IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORIGINAL

UNITED STATES OF AMERICA

v.  No. 4:20-MJ-797

IVORY MINOR (01)

## GOVERNMENT'S MOTION FOR PRETRIAL DETENTION

The United States moves for pretrial detention of the defendant pursuant to 18 U.S.C. §§ 3142(e) and (f).

1. **Eligibility of Case:** This case is eligible for a detention order because the case involves:
   - ☐ Crime of violence [18 U.S.C. § 3156]
   - ☐ Maximum sentence of LIFE imprisonment or death
   - ☒ Controlled Substance offense punishable by 10 or more years
   - ☐ Felony with 2 prior convictions in above categories
   - ☐ Felony involving a minor victim
   - ☐ Felony involving the possession or use of a firearm, destructive device, or other dangerous weapon
   - ☐ Felony involving a failure to register under 18 U.S.C. § 2250
   - ☒ Serious risk that the Defendant will flee
   - ☒ Serious risk that Defendant will obstruct justice

2. **Reason for Detention.** The Court should detain the Defendant because there are no conditions of release which would reasonably assure:
   - ☒ Defendant's appearance as required
   - ☒ The safety of the community
   - ☐ The safety of another person

3. The United States **will** invoke the rebuttable presumption against the Defendant because: there is probable cause to believe that the Defendant has committed:
   - ☒ A Controlled Substance Offense punishable by 10 or more years imprisonment
   - ☐ A firearms offense under Title 18, United States Code, Section 924(c)
   - ☐ A federal crime of terrorism punishable by 10 or more years imprisonment
   - ☐ A Felony -listed in 18 U.S.C. § 3142(e) - involving a minor victim
   - ☐ A Felony involving a failure to register under 18 U.S.C. § 2250
   - ☐ The Defendant has previously been convicted of an offense described in 18 USC 3142(f)(1) which was committed while the Defendant was released on bond pending trial for any offense and less than 5 years have elapsed since the latter of the defendant's conviction or date of release from imprisonment for such conviction.

4. **Time for Detention Hearing.** The United States requests the Court to conduct the detention hearing
   - ☐ at the Defendant's first appearance
   - ☒ After a continuance of _3_ days.

Respectfully submitted,

PRERAK SHAH
ACTING UNITED STATES ATTORNEY

*/s/ Douglas A. Allen*
for FRANK L. GATTO
Assistant United States Attorney
Texas State Bar No. 24062396
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above pleading was this day served upon the Defendant or his counsel of record in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure.

DATE: April 21, 2021

*/s/ Douglas A. Allen*
for FRANK L. GATTO
Assistant United States Attorney