IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>IVORY MINOR (01)<br>a/k/a "Eyeball" | No.<br><br>4-21CR-126-O |

## INFORMATION

The United States Attorney Charges:

### Count One
Conspiracy to distribute and possess with intent to distribute a controlled substance
(Violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B))

Beginning in or before May 2020, and continuing until in and around November 2020, in the Northern District of Texas, and elsewhere, defendant **Ivory Minor,** also known as Eyeball, along with Johnny Britt, also known as "Johnny Durham"; and Abram Lewis, also known as "Abe"; and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B), namely to distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N[1-(2-phenyl-ethyl)-4piperidinyl] propanamide, also known as Fentanyl, a schedule II controlled substance.

Information - Page 1

In violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B).

                PRERAK SHAH
                ACTING UNITED STATES ATTORNEY

                */s/ Frank L. Gatto*

                FRANK L. GATTO
                Assistant United States Attorney
                Texas Bar No. 24062396
                Burnett Plaza, Suite 1700
                801 Cherry Street, Unit #4
                Fort Worth, Texas 76102
                Telephone:   817-252-5200
                Facsimile:    817-252-5455