

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

No. 4:21-CR- 126-O

IVORY MINOR
a/k/a "Eyeball"

## FACTUAL RESUME

INFORMATION:   Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (fentanyl) (in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(B))

### MAXIMUM PENALTY:

- Imprisonment for a period of at least five years to a maximum 40 years;
- A fine not to exceed $5,000,000 or both a fine and imprisonment;
- A supervised-release term of at least four years and a maximum of Life, which is mandatory under the law and will follow any imprisonment term. If the defendant violates any of the supervised-release conditions, he could be revoked from supervised release, and ordered additional prison time; and
- A $100 mandatory special assessment.

### ELEMENTS OF THE OFFENSE:

The essential elements that must be proved beyond a reasonable doubt in order to establish the offense charged in the Information are as follows:

First:   That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second:   That the defendant knew of the unlawful purpose of the agreement; and

Third:   That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose.

Fourth:     The overall scope of the conspiracy involved at least 40 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; and

Fifth:     The defendant knew of reasonably should have known that the scope of the conspiracy involved at least 50 grams of a mixture and substance containing a detectable amount of fentanyl.

## STIPULATED FACTS:

Beginning in or before May 2020, and continuing until in and around November 2020, Ivory Minor conspired with Abram Lewis and Johnny Britt and others, to distribute and possess with intent to distribute at least 40 grams of a mixture and substance containing a detectable amount of N-phenyl-N[1-(2-phenyl-ethyl)-4piperidinyl] propanamide (also known as fentanyl). Minor would receive pills that contained fentanyl, and he would distribute those pills from a building called DFW Hall located on E. Berry Street in Fort Worth, Texas, sometimes with the help of Lewis and Britt. On October 22, 2020, an undercover officer (UC) placed a recorded call to Ivory Minor and arranged the purchase of 100 "blues" for $3000. Before the UC arrived at the DFW Hall, the UC spoke with Minor on the phone. Minor said he had to go to the dentist and to call when the UC arrived. Upon arrival, the UC called Minor who said that Minor's brother would bring the pills out. Moments later, Lewis came out of DFW Hall and met the UC at the UC's vehicle. Lewis took the money from the UC, confirmed it was $3000, and gave the UC a white pill bottle inside of which contained one hundred (100) pills that later laboratory tests confirmed contained a detectable amount of N-phenyl-N[1-(2-phenyl-ethyl)-4piperidinyl] propanamide (fentanyl). In this manner, Minor admits he conspired with Lewis, Britt, and others to distribute, and possess with the intent to distribute, fentanyl.

SIGNED this 20th day of May, 2021.

_____  
IVORY MINOR  
Defendant

_____  
DOUGLASS C. GREENE Sr.  
Counsel for Defendant

Factual Resume - Page 2